# United States District Court
Southern District of Florida

UNITED STATES OF AMERICA,

v.   Case No. 21-60124

MARK LUIS VOLLARO
        Defendant.
_____/

### UNOPPOSED MOTION TO EXTEND SURRENDER DATE

Mark Vollaro, by and through undersigned counsel and unopposed by the United States respectfully requests entry of the attached proposed order continuing his surrender date from November 13, 2023, to a date subsequent to the commencement of trial in this matter, and in support thereof states:

1. Mr. Vollaro was indicted on May 7, 2021, and entered a plea of guilty to Count 2 of the Indictment on February 11, 2022.

2. On December 14, 2022, this Court sentenced the Defendant to serve a 41-month term of imprisonment and he is currently scheduled to surrender on November 13, 2023, to serve that sentence.

3. At the time the Defendant was sentenced, the trial in the underlying matter, United States v. Vollaro et al. at Case No. 0:21-cr-60124-RS in the Southern District of Florida (Ft. Lauderdale) was pending. The Court agreed to extend the surrender date to let Mr. Vollaro remain under supervision of Pre-Trial Services until after the trial, which has been continued.

4. As part of his ongoing cooperation, Mr. Vollaro will likely be testifying in the trial, and we understand that there is a possibility of further proceedings in his case in accordance with Fed.R.Crim.P. 35(b).

7.    Undersigned counsel discussed this matter with the Assistant United States Attorney Breezye Telfair, who does not oppose the requested relief.

WHEREFORE, Defendant Mark Vollaro, respectfully requests entry of the attached proposed order continuing Defendants surrender date from November 13 until January 31, 2024.

Respectfully Submitted,

LUBELL ROSEN
200 South Andrews Ave.
Suite 900
Fort Lauderdale, Fl 33301
954-880-9500
BMC@lubellrosen.com

By:    */s/ Bernard M. Cassidy*
Bernard M. Cassidy, Esq.
Florida Bar # 0099351

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished via electronic filing to Breezye Telfair, AUSA, Office of the United States Attorney, U.S. Attorney's Office, 11200 NW 20th Street, Suite 101, Miami, FL 33172 Breezye.Telfair@usdoj.gov and all counsel on this 12th day of October 2023.

By:    */s/ Bernard M. Cassidy*
Bernard M. Cassidy, Esq.
Florida Bar # 0099351