UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-60124-SMITH

UNITED STATES OF AMERICA,

vs.

MARK LUIS VOLLARO,

   Defendant.
_____/

## ORDER ON MOTION TO EXTEND SURRENDER DATE

THIS MATTER is before the Court upon the Defendant's Unopposed Motion to Continue Surrender Date (DE 776). The Court has carefully considered the merits of said Motion and is otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's Motion is hereby **GRANTED**. Defendant shall self-surrender at the facility designated by the Bureau of Prisons on or before 12:00 p.m. on Monday, January 29, 2024.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of October, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals

1