# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 21-60124-CR-SMITH

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**MARK VOLLARO,**

      Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S MOTION FOR SENTECE REDUCTION AND AMENDING JUDGMENT

      **THIS MATTER** has come before the Court upon the Government's Motion for Sentence Reduction as to defendant Mark Vollaro, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, DE 873.   The Court has reviewed the Government's Motions, the Defendant's Response to the Motion, and all other relevant pleadings and papers in this case. The Court has considered the factors pursuant to *U.S. v. McVay*, 447 F.3d 1348 (11th Cir. 2006) as well as the factors under Title 18 § 3553(a). The Court finds that the Defendant has provided substantial assistance in the investigation or prosecution of other persons involved in criminal conduct pursuant to Rule 35(b).   **Therefore it is**

      **ORDERED AND ADJUDGED** that the Government's Motion for Sentence Reduction is **granted**.  **It is further**

      **ORDERED** that the **Judgment in a Criminal Case** entered on 12/14/2022 is hereby **AMENDED** as follows: Defendant's term of imprisonment is reduced to **twenty-seven (27) months**.   It is

      **FURTHER ORDERED AND ADJUDGED** that **a**ll other provisions of the **Judgment in a Criminal Case** entered on 12/14/2022 shall remain in full force and effect.

      **DONE AND ORDERED** in chambers at the United States Courthouse in Ft. Lauderdale, Florida this 15th day of March, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE